UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIDRIS L. CARTER,<br><br>         Plaintiff,<br><br>    v.<br><br>DEPUTY BAILEY, et al.,<br><br>         Defendants. | No. EDCV 11-303-GHK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) Defendants' motion to dismiss is granted; and (2) this action is dismissed without prejudice.

DATED:   2/23/12                          _____
                                                          GEORGE H. KING
                                                          UNITED STATES DISTRICT JUDGE